UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                         :

ELEVATION HEALTH, LLC                :
                        Plaintiff,      :
                                 :           22 Civ. 10308 (PAE)
          -v-                     :
                                 :
BRANDON WONG, ALYSSA REYES, and JACOB  :           ORDER
 BURBAS,                           :
                               :
                   Defendant.     :
                               :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On March 10, 2023, plaintiff moved for a default judgment in the above-captioned action.

Dkt. 21.  Plaintiff filed a declaration, Dkt. 23, and proposed default judgment, Dkt. 24, in

support, but did not file a memorandum of law.  The Court directs plaintiff to file by May 15,

2023 a memorandum of law providing the legal basis on which to find that the Complaint's

factual allegations, taken as true, establish plaintiff's claims.

        SO ORDERED.

                                                  *Paul A. Engelmayer*
                                             Paul A. Engelmayer
                                             United States District Judge

Dated: April 26, 2023
       New York, New York