**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ELEVATION HEALTH LLC,

                      Plaintiff,                        **ORDER**

        -against-                        **22-cv-10308 (PAE) (JW)**

BQC GLOBAL SUPPLY INC. *et al.*,

                      Defendant.
------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable District Judge Engelmayer referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants Brandon Wong, Jacob Burbas, and Alyssa Reyes.

      Accordingly, IT IS HEREBY ORDERED that, **on or before August 14, 2023**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, **on or before September 8, 2023**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:  July 10, 2023
        New York, New York

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge