**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELEVATION HEALTH LLC,

                              Plaintiff,                               **ORDER**

                 -against-                                     **22-cv-10308 (PAE) (JW)**

BQC GLOBAL SUPPLY INC. *et al.*,

                              Defendant.
-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      This Court has been referred the pending Motion for Attorneys' Fees. Dkt. No. 32.

      Under this Court's newly issued Individual Rules Sec. II.G, *Motions Requiring Submission of an Excel Sheet*, "Excel sheets are required for the following motions: 1) Inquests on Damages 2) **Motions for Attorneys' Fees** 3) FLSA Damages 4) IDEA Reimbursements…within fourteen days of the referral of such a motion to Judge Willis, the moving Party shall submit an Excel sheet including the relevant calculations. **An Excel sheet is required even if the motion was already submitted to a District Judge**…The Excel sheet should be emailed to WillisNYSDChambers@nysd.uscourts.gov and should CC all opposing counsel…A letter should also be filed on the docket providing the date and time the Excel sheet was emailed." See https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Individual%20Practices%20for%20Civil%20Cases%20%285-8-24%29.pdf.

As these rules are new, Plaintiff has until **until June 6th** to email the required Excel sheet and file the letter notifying the Court of the submission.

SO ORDERED.

DATED:    New York, New York
         May 16, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

The Honorable District Judge Engelmayer referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants Brandon Wong, Jacob Burbas, and Alyssa Reyes.

Accordingly, IT IS HEREBY ORDERED that, **on or before July 28, 2023**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, **on or before August 14, 2023**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:    May 16, 2024
         New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge