UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELEVATION HEAL TH LLC,

                              Plaintiff,

            -against-

BQC GLOBAL SUPPLY INC. ET AL.,

                              Defendants.

22 CIVIL 10308 (PAE) (JW)

JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinions & Orders dated June 6, 2023 and May 14, 2026, the Court enters a default judgment in favor of Elevation Health with respect to its breach of contract and breach of guaranty claims, and denies default judgment as to its other claims. Accordingly, the Court orders that damages in the amount of $755,000 for the principal amount paid to purchase the test kits; and pre-judgment interest, in the amount of 9% from July 15, 2022 to the date the Court's judgment in the amount of $260,630.14 and post-judgment interest to accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

**Dated:**    New York, New York
              May 15, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                              **BY:**
                                        _____
                                        **Deputy Clerk**